AO 91 (Rev. 11/11) Criminal Complaint AUSA Michael Toogun (312) 886-1265

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA

v.

JAQUAN JONES;
ZACHARY JONES;
TREMAINE ROBERSON; and
BREAUN WALLS

CASE NUMBER: 26 CR 594

FILED
11/16/2026
MEN
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**CRIMINAL COMPLAINT**

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about November 13, 2026, at Chicago, in the Northern District of Illinois, Eastern Division, the defendants violated:

| *Code Section* | *Offense Description* |
|---|---|
| Title 18, United States Code, Section 1951 | Hobbs Act Robbery |

This criminal complaint is based upon these facts:

X Continued on the attached sheet.

Matthew Vaci
MATTHEW VACI
Task Force Officer (TFO), Federal Bureau of Investigation (FBI)

Pursuant to Fed. R. Crim. P. 4.1, this Complaint is presented by reliable electronic means. The above-named agent provided a sworn statement attesting to the truth of the Complaint and Affidavit by telephone.

Date: November 16, 2026

*Judge's signature*

City and state: Chicago, Illinois

DANIEL P. MCLAUGHLIN, U.S. Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

**AFFIDAVIT**

I, MATTHEW VACI, being duly sworn, state as follows:

## I. INTRODUCTION AND AGENT BACKGROUND

1. I am a Detective with the Chicago Police Department, assigned as a Task Force Officer with the Federal Bureau of Investigation (FBI). I have been with CPD for approximately 13 years, and the FBI as a TFO since December 2023. As a TFO, I am currently assigned to the FBI Violent Crime/Fugitive Task Force, where we investigate violent crimes, including, among others, kidnaping, bank robbery, and the apprehension of violent fugitives.

2. This affidavit is submitted in support of a criminal complaint alleging that JAQUAN JONES ("**JAQUAN**"), ZACHARY JONES ("**ZACHARY**"), TREMAINE ROBERSON ("**ROBERSON**"), and BREAUN WALLS ("**WALLS**") have violated Title 18, United States Code, Section 1951. Because this affidavit is being submitted for the limited purpose of establishing probable cause in support of a criminal complaint charging **JAQUAN**, **ZACHARY**, **ROBERSON**, and **WALLS** with Hobbs Act Robbery, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that the defendants committed the offense alleged in the complaint.

3. This affidavit is based on my personal knowledge, interviews of witnesses, review of surveillance video footage, police helicopter video footage, information provided to me by other law enforcement officers and persons with knowledge regarding relevant facts, as well as my training and experience and the training and experience of other law enforcement officers with whom I have consulted.

## II. FACTS SUPPORTING PROBABLE CAUSE

### A. Summary of Probable Cause

4. On November 13, 2026, at approximately 12:44 p.m., surveillance video footage show that four individuals, **Robber-1**, **Robber-2**, **Robber-3**, and **Robber-4** travelled in a black Acura SUV, bearing Illinois license plate number GD38698 ("Subject Vehicle-1"), to the Fifth Third Bank & Automated Teller Machine (ATM) located at 3017 E. 92nd Street, Chicago ("Offense Location"). At the Offense Location, three individuals, **Robber-1**, **Robber-2**, and **Robber-3** got out of Subject Vehicle-1, while **Robber-4** remained inside Subject Vehicle-1 as the driver. **Robber-1**, **Robber-2**, and **Robber-3** then held Victim A and Victim B at gun point. At the time, Victim A, an ATM Technician, was servicing an out-of-service ATM at the location, and Victim B, a security guard, was supporting Victim A. While **Robber-3** held Victim B at gun point, **Robber-1** and **Robber-2** compelled Victim A at gunpoint to open the ATM. **Robber-1**, **Robber-2**, and **Robber-3** then took three ATM cassettes (removable metal or heavy-duty plastic box inside an ATM vault that holds and

dispenses cash) from the open ATM and fled the scene in Subject Vehicle-1 at approximately 12:46 p.m.

5. Surveillance video footage shows that **Robber-1** was armed with a pistol and wearing dark colored clothing including multicolored gloves with a distinctive pattern. **Robber-2** was armed with a pistol equipped with an extended magazine and wearing clothing including a dark colored hooded jacket with a distinctive Canada Goose logo on one arm. **Robber-3** was armed with a Draco style pistol and wearing clothing including a dark blue hooded sweatshirt and pants.

6. At approximately 12:53 p.m., a police helicopter ("PH") located Subject Vehicle-1 and pursued Subject Vehicle-1 to 705 E. 93rd Street. At that location, Subject Vehicle-1 stopped, and **Robber-1**, **Robber-2**, **Robber-3**, and **Robber-4** ran out of Subject Vehicle-1 and ran into a black Range Rover bearing Illinois license plate number GL93846 ("Subject Vehicle-2"). Video footage from PH shows that **Robber-4** was wearing a grey hooded jacket with a distinctive design on the back. As the four robbers were getting into Subject Vehicle-2, the vehicle began to move as if an individual was already present in the driver's seat. Subject Vehicle-2 then fled to the area of E. 90th Street and S. Calumet Avenue while PH pursued it. In the area of E. 90th Street and S. Calumet Avenue, at approximately 12:56 p.m., Subject Vehicle-2 appeared to crash and five individuals, including **Robber-1**, **Robber-2**, **Robber-3**, and **Robber-4**, fled from Subject Vehicle-2.

7. Within minutes, responding Chicago Police Department ("CPD") officers detained and arrested **Robber-1**, **Robber-2**, **Robber-3**, **Robber-4**, and the fifth

individual that fled from Subject Vehicle-2. As described in more detail below, CPD officers identified **Robber-1** as **JAQUAN**, **Robber-2** as **ZACHARY**, **Robber-3** as **ROBERSON**, **Robber-4** as **WALLS**, and the fifth individual as LASHAWN MANUEL ("**MANUEL**"). Later, Fifth Third Bank informed the FBI that the total loss suffered due to the armed robbery is approximately $180,290.

**B. The Armed Robbery**

8. Video footage from a camera at 3009 E. 92nd Street, Chicago, shows that at approximately 12:44 p.m., Subject Vehicle-1 drove into the alley directly next to the Offense Location as shown in the image below:[1]




9. As depicted in the images below, **Robber-3**, wearing a dark blue hooded sweatshirt and pants, and dark shoes, armed with a Draco style pistol, ran out of the

[1] The time stamp shown on the upper right-hand corner of the video footage is inaccurate.

front passenger door of Subject Vehicle-1 towards Victim A and Victim B who were servicing an ATM at the Offense Location:

(**Robber-3** in a dark blue hooded sweatshirt and pants and dark shoes, armed with Draco style pistol):



10. At the same time, the video showed that **Robber-1**, wearing a dark colored hooded sweatshirt, dark pants, and multi-colored gloves with a distinctive pattern, ran out of the rear passenger side door, and **Robber-2**, wearing a dark colored hooded jacket with what appeared to be a distinctive Canada Goose brand logo on the right arm and dark pants and shoes, ran out of the rear driver's side door to join **Robber-3** in holding Victim A and Victim B at gunpoint.

(**Robber-1** wearing multi-colored gloves with distinctive pattern, armed with a pistol (right) & **Robber-2** wearing a dark colored hooded Canada Goose brand jacket (left)):



11. At that time, according to Victim A, Victim A saw **Robber-3** running towards him and Victim B while pointing a weapon equipped with a banana style clip and brown stock and then focused the weapon on Victim B. According to Victim B, one of the robbers took their service firearm during the robbery. Surveillance video footage from the Offense Location shows that **Robber-3** ran towards Victim A and Victim B, and went directly to Victim B to hold Victim B at gunpoint as depicted in the image below:




12. Victim A further reported that at that time, **Robber-1** ran up to Victim A while pointing a gun at Victim A, then stopped behind Victim A and pressed a gun against the side of Victim A's head, while stating words to the effect of "open the safe." In response, Victim A raised their hands in surrender and replied that they would need to get their key and phone to open the ATM. Meanwhile, **Robber-2** approached Victim A and patted Victim A on the left side. According to Victim A, in response to Victim A's statement, **Robber-1** directed Victim A to "do it, hurry up," and complained that Victim A was taking too long. During that time, **Robber-2** began counting down loudly, which Victim A perceived as an ultimatum to act quickly.

13. Consistent with Victim A's report, the video footage from the Offense Location shows that while **Robber-3** held Victim B at gun point, **Robber-1** (note the

multi-colored gloves with a distinctive pattern circled in red) ran towards Victim A and held Victim A at gunpoint as depicted in the image below:




14. As shown in the image below, within seconds, **Robber-2** (note the dark colored hooded Canada Goose brand jacket circled in red), armed with a pistol equipped with an extended magazine, joined **Robber-1** to hold Victim A at gunpoint. Meanwhile, Subject Vehicle-1 (identified by the red arrow) moved from the alleyway and pulled into the parking lot of the Offense Location in view of the ongoing robbery, indicating that **Robber-4** remained in the car.




15. According to Victim A, Victim A then opened the ATM and slowly backed away. Then, **Robber-3**, **Robber-1**, and **Robber-2**, grabbed the cassettes from the ATM and fled into **Subject Vehicle-1** that had been parked in the parking lot directly to the east of the ATM.

16. Video footage from the Offense Location shows that after holding Victim A and Victim B at gunpoint for approximately two minutes, **Robber-3**, **Robber-2**, and **Robber-1** collected the ATM cassettes from the area where Victim A had been standing. **Robber-3** picked up one cassette, while **Robber-2**, assisted by **Robber-1**,

picked up two cassettes, and all three ran into **Subject Vehicle-1**, as shown in the images below:










17. Video footage shows that **Robber-3**, carrying the Draco-style pistol, got into the front passenger seat, while **Robber-2** (wearing the Canada Goose jacket)

and **Robber-1** (wearing the distinctive gloves) got into the same rear passenger side door of Subject Vehicle-1, and as shown in the image below, at approximately 12:46 p.m., Subject Vehicle-1 fled the parking lot of the Offense Location:




18. At approximately 12:45 p.m., according to Chicago Police Department ("CPD") records, police received multiple 911 calls reporting a robbery in progress at the Offense Location, including a call from Witness-1, who wished to remain anonymous and declined to provide any identifying information. In their call with the District Intelligence Officer (DIO) Witness-1 reported to law enforcement that Witness-1 saw the robbery and Subject Vehicle-1 at the Offense Location. Witness-1 described Subject Vehicle-1 as a black Acura SUV. As Subject Vehicle-1 was leaving the Offense Location and heading southbound on Commercial Avenue, Witness-1 followed Subject Vehicle-1 in their own vehicle for several minutes until Witness-1

was unable to keep up with Subject Vehicle-1. Witness-1 last saw Subject Vehicle-1 approaching Stony Island and 95th Street, Chicago. Witness-1 recorded an approximately nine seconds video of Subject Vehicle-1 at the Offense Location with their cell phone and later provided the video footage to law enforcement officers. Below is a still image from the video recorded on Witness-1's cell phone depicting Subject Vehicle-1 at the Offense Location while the robbery was in progress.




**C. Location and Police Helicopter Pursuit of Subject Vehicle-1.**

19. According to CPD records, based on the information that CPD received regarding Subject Vehicle-1, CPD personnel broadcasted the description of Subject Vehicle-1 and its suspected location via police radio.

20. Approximately seven minutes after the robbery ended, at approximately 12:53 p.m., a PH equipped with video recording capabilities located Subject Vehicle-1 on E. 93rd Street, travelling westbound towards S. Cottage Grove Avenue, as depicted in the images below:







21. The PH video footage shows that PH pursued Subject-Vehicle-1, maintaining continuous visual contact with Subject Vehicle-1 as it travelled westbound until it eventually stopped in the alley behind 705 E. 93rd Street as shown in the image below:




22. While Subject Vehicle-1 was stopped behind 705 E. 93rd Street, video footage from PH shows four individuals getting out of Subject Vehicle-1[2] and running towards a black Range Rover ("Subject Vehicle-2") parked at the intersection of E. 93rd Street and S. Langley.

(Subject Vehicle-1, circled in red, is visible in the first image below. The fourth Robber is partially obscured by overhead foliage)




[2] On November 13, 2026, FBI Special Agents responded to 705 E. 93rd, and found Subject Vehicle-1 at the location where Subject Vehicle-1 had been abandoned. The FBI found Subject Vehicle-1 to have VIN number V5J8TC2H67LL024146, which when queried through law enforcement databases, revealed that Subject Vehicle-1 had been reported stolen on or about November 8, 2026.

(Subject Vehicle-2, circled in red, is visible in the image below, as the four robbers are seen running towards it)




23. The PH video footage showed that one individual who got out of Subject Vehicle-1 and ran to Subject Vehicle-2, **Robber-4**, cut through the wooded area behind the fence along the alley to get into the rear passenger side door of Subject Vehicle-2. The image below depicts all four individuals running toward Subject Vehicle-2 with **Robber-4** identified by the red circle, followed by **Robber-2**.




24. As shown in the images below, **Robber-1** and **Robber-3**, both of whom had not gone through the wooded area, reached Subject Vehicle-2 first and entered through the rear passenger side door (as identified by the red arrow in the images below:







25. As **Robber-1** and **Robber-3** got into Subject Vehicle-2, the color video footage from PH shows **Robber-4** emerging from the wooded area wearing a grey

hooded jacket with a distinctive pattern visible on the back, as shown on the left in the image below, and getting into the rear passenger side door of Subject Vehicle-2. **Robber-2**, still wearing the dark hooded jacket with what appears to be the distinctive Canada Goose logo, followed **Robber-4** through the wooded area to enter the driver's door of Subject Vehicle-2, as partly depicted on the right in the image below.




26. As **Robber-2**, the last to enter Subject Vehicle-2 was getting into the driver's door, Subject Vehicle-2 began to move, suggesting that another individual may already have been in the driver's area before the four robbers got into Subject Vehicle-2. After the four robbers got into Subject Vehicle-2, at approximately 12:55 p.m., with PH in pursuit, Subject Vehicle-2 fled northbound on S. Langley Avenue, then westbound on E. 90th Street, then northbound on S. Calumet Avenue before appearing to crash into a curb at the intersection of S. Calumet Avenue and E. 90th

Street at approximately 12:56 p.m. Immediately after, five individuals got out of Subject Vehicle-2 and fled on foot as depicted in the image below.[3]




27. As shown in the image below, an individual whom law enforcement officers believe to be **Robber-2** (based on where **Robber-2** had entered Subject Vehicle-2) exited from the driver's door and appeared to drop an object, while another individual, later determined to be **Robber-1**, exited from the rear driver's side passenger door carrying what appeared to be a bag. The image below shows the object dropped by **Robber-2** circled in red, with **Robber-1** carrying what appears to be a bag and running directly behind **Robber-2**.

[3] As detailed further below in paragraph 56, law enforcement identified the fifth individual in the vehicle as **MANUEL**.




28. According to CPD records, when law enforcement officers got to the scene where Subject Vehicle-2 was abandoned, they recovered a firearm with an extended magazine, light attachment, and auto sear attachment in the grass near the driver's side of Subject Vehicle-2 where the individual believed to be **Robber-2** was captured on PH video appearing to have dropped an object earlier. Based on my experience and training and review of the images and video, the recovered firearm (left image) is consistent in appearance with the firearm that **Robber-2** was armed with during the robbery (right image):




29. The PH video showed that **Robber-2** and **Robber-1** fled west, while the remaining three individuals who came out of the front passenger and rear passenger side doors of Subject Vehicle-2 fled east. As shown in the image below, of the three individuals who fled east, one, believed to be **Robber-3** (based on the fact that he was subsequently observed by CPD officers fleeing with bag), appeared to be carrying a bag that had items falling out of the bag as he ran.




30. According to CPD records, when law enforcement later went to the scene where Subject Vehicle-2 was abandoned, the items that had fallen out of the bag were later identified as cash.

**D. Robber-1's Arrest and Identification as JAQUAN JONES**

31. As **Robber-2** and **Robber-1** fled west after getting out of Subject Vehicle-2, PH pursued the two, maintaining visual contact with both individuals until **Robber-2,** circled in red, jumped a fence and ran in a different direction, as shown in the image below:




32. PH pursued **Robber-1** and maintained continuous visual of his location as **Robber-1**, still carrying a bag, ran into backyard of 318 E. 90th Street:




33. Surveillance footage from 318 E. 90th Street shows **Robber-1** running through the yard (left image) in dark clothing, a dark face mask, and multicolored gloves with the distinctive pattern consistent with his appearance during the robbery

(right image), before running out of view of the camera as depicted in the images below:





34. Approximately one minute later, **Robber-1** reappeared in view of the same camera now wearing a dark colored camouflage sweatsuit and still wearing a black mask and the multicolored gloves with the distinctive pattern, and still carrying a bag. **Robber-1** then placed a piece of clothing into one of the trash receptacles behind 318 E. 90th Street as shown in the images below:



35. Thereafter, PH video showed **Robber-1** moving between the buildings at 318 and 322 E. 90th Street, and appeared to place the bag he was carrying on the ground as shown below:




36. **Robber-1** remained in that location, and PH maintained visual contact of his location until CPD officers detained him at 322 E. 90th Street at approximately 1:01 p.m. As seen on body worn camera footage, at the time of his arrest, **Robber-1** was wearing a dark camouflaged sweatsuit and dark shoes, as shown below:



37. CPD officers identified **Robber-1** as **JAQUAN**, after **JAQUAN** provided his name and date of birth which was verified through law enforcement databases. According to CPD reports, CPD officers searched the area near where **JAQUAN** was arrested and recovered black pants from the trash receptacle behind 318 E. 90th Street. Officers also recovered the bag that **JAQUAN** left in the area, next to an air conditioner unit. The backpack contained multiple clothing items, including a black jacket, a black balaclava, and the multicolored gloves with the distinctive pattern (left image) which is consistent in appearance with the gloves that **Robber-1**, now identified as **JAQUAN**, had on during the robbery (right image):





38. Based on my experience and training and review of the body worn camera footage of **JAQUAN**'s arrest and footage of the robbery, **JAQUAN**'s physical build is consistent with the physical build of the person at the robbery wearing a dark colored hooded sweatshirt, dark pants, and multi-colored gloves with a distinctive pattern. Additionally, based on the video footage described above and the recovery of

the clothing items in the backpack that **JAQUAN** was carrying, there is probable cause to believe that **JAQUAN** was among the three robbers who got out of Subject Vehicle-1 at the Offense Location and committed the robbery.

**E. Robber-2's Arrest and Identification as ZACHARY JONES**

39. As noted above, the PH video showed that **Robber-2** ran in a different direction from **Robber-1** at approximately 12:56 p.m., as shown in the images below:






40. At approximately 12:57 p.m., surveillance footage from 325 E. 89th Place shows **Robber-2**, still wearing a dark colored hooded jacket and dark pants and shoes that he wore during the robbery, running past the address and holding what appears to be a firearm, as shown in the images below:






41. Then, at approximately 12:57 p.m., surveillance footage from 318 E. 90th Street showed **Robber-2** jumping over the fence of the backyard of the location directly opposite, 319 E. 89th Place, and running down the alley, as shown below:








42. At approximately 1:02 p.m., according to CPD records, CPD officers found **Robber-2** hiding in a City of Chicago trash receptacle near 216 E. 89th Place, as shown in the image below:



43. According to CPD records and body worn camera footage, a witness later informed CPD officers that **Robber-2** had been hiding in the bushes near 231 E. 89th Place before he was arrested. CPD officers searched the area around the bushes identified by the witness and recovered a black, puffy, hooded Canada Goose brand jacket with a logo on the right arm, as shown below. Based on my review of the body worn camera footage and the video of the robbery, the recovered jacket is consistent in appearance with the jacket worn by Robber-2 during the robbery.




44. CPD identified **Robber-2** as **ZACHARY**, after ZACHARY provided a name and date of birth which was verified through law enforcement databases. Later, on or about November 14, 2026, at approximately 11:25 a.m., FBI TFOs recovered a firearm from the backyard of 319 E. 89th Place, an address at which **Robber-2** was seen on video the previous day after he had pulled out what appeared to be a firearm. The serial number of the recovered firearm matched the serial number of a firearm that Victim B reported to law enforcement was taken from him during the robbery.

45. Based on my experience and training and review of the body worn camera footage of **ZACHARY**'s arrest and footage of the robbery, **ZACHARY**'s physical build is consistent with the physical build of the person at the robbery wearing a dark colored hooded jacket with what appeared to be a distinctive Canada Goose brand logo on the right arm and dark pants and shoes. Additionally, based on the video footage described above, the recovery of the Canada Goose jacket and Victim B's firearm, and the information from the registered owner of Subject Vehicle-2 (*see* Section H, *infra*), there is probable cause to believe that **ZACHARY** was among the three robbers who got out of Subject Vehicle-1 at the Offense Location and committed the robbery.

**F. Robber-3's Arrest and Identification as TREMAINE ROBERSON**

46. According to CPD records, at approximately 12:57 p.m., CPD officers saw **Robber-3**, fleeing on foot near E. 89th Place and S. Calumet Avenue (approximately half a city block from the location where Subject Vehicle-2 had been abandoned), carrying a rifle and a blue book bag, while wearing a black ski mask, blue hooded sweatshirt, and blue pants. CPD officers observed U.S. currency falling out of the blue book bag, along **Robber-3**'s flight path, which was found discarded at 355 E. 89th Place, as depicted in the images below:











47. Surveillance footage from an alleyway near 8952 S. King Drive shows **Robber-3** fleeing on foot, with CPD officers in pursuit. As depicted in the images below, **Robber-3** was still wearing the blue hooded sweatshirt and pants and dark shoes, and carrying the Draco rifle-style pistol with which he was armed during the robbery:

(Robber-3 at 8952 S. King Drive)



(Robber-3 at Offense Location)



48. CPD body worn camera footage shows that officers gave **Robber-3** commands to drop the rifle, and **Robber-3** complied, dropping the rifle in the backyard near 361 E. 90th Street, as depicted in the image below from body worn camera footage:



49. CPD body worn camera footage shows that **Robber-3** continued walking to the gangway of 361 E. 90th Street where officers ultimately detained him as shown below:




50. CPD identified **Robber-3** as **ROBERSON**, who provided his name and date of birth which was verified through law enforcement databases. Based on my experience and training and review of the body worn camera footage of **ROBERSON**'s arrest and footage of the robbery, **ROBERSON**'s physical build is consistent with the physical build of the person in the robbery wearing a dark blue hooded sweatshirt and pants, and dark shoes and armed with a Draco style pistol. Additionally, based on the video footage described above and the recovery of the Draco style pistol, there is probable cause to believe that **ROBERSON** was among the three robbers who got out of Subject Vehicle-1 at the Offense Location and committed the robbery.

**G. Robber-4's Arrest and Identification as BREAUN WALLS**

51. **Robber-4**, wearing a grey hooded jacket with a distinctive pattern visible on the back and believed to be one of the three individuals who fled east after getting out of Subject Vehicle-2, was recorded on video by a camera at 8952 S. King Drive, running past the location at approximately 12:56 p.m., as shown in the image below:




52. According to CPD officers, at approximately 12:57 p.m., while approaching E. 90th Street and S. King Drive, a CPD officer saw **Robber-4**, who appeared out of breath and had cash falling out of his pocket as he crossed the street. The CPD officer also saw **Robber-4** throw grey colored gloves on the ground. The CPD officer stopped **Robber-4** and took him into custody.

53. Surveillance video footage from a residence near 400 E. 90th Street shows **Robber-4** as he is stopped by the CPD officer. As depicted in the images below, as the officer was taking **Robber-4** into custody, **Robber-4** appeared to dump cash from his jacket pocket onto the ground:






54. CPD identified **Robber-4** as **WALLS**, who provided a name and date of birth which was verified through law enforcement databases. At the time of his arrest, **WALLS** was wearing a grey hooded jacket with a distinctive design on the back (left image below) consistent in appearance with the grey hooded jacket with distinctive design on the back that he was wearing when he ran from Subject Vehicle-1 after the robbery and into Subject Vehicle-2 (right image below):






55. Based on the movement of Subject Vehicle-1 while the robbery was ongoing at the Offense Location, and based on **WALLS**'s flight from Subject Vehicle-1 with the other robbers minutes after the robbery, there is probable cause to believe that **WALLS** was driving Subject Vehicle-1 at the time of the robbery.

56. According to CPD records, LASHAWN **MANUEL**, believed to be the third individual who fled east after getting out of Subject Vehicle-2, was detained by CPD officers near 357 E. 90th Street. According to CPD officers, **MANUEL** was observed by CPD officers running together with **ROBERSON** from the direction of Subject Vehicle-2. Following a short foot pursuit, at approximately 12:59 p.m., officers detained **MANUEL**, recovered a cellphone from his hand, and found a pair of gloves in his pocket. At the time, **MANUEL** was wearing a black Timberland brand hooded sweatshirt, black pants, and black shoes:






**H. Subject Vehicle-2**

57. On November 13, 2026, FBI Special Agents responded to the area of E. 90th Street and S. Calumet Avenue, where Subject Vehicle-2 had been abandoned and disabled. As depicted in the photographs below, law enforcement officers found various items inside Subject Vehicle-2, including a large quantity of cash scattered inside Subject Vehicle-2:






58. Subject Vehicle-2 had VIN number SALVP2BG1FH061030 and Illinois license plate GL93846. A query of law enforcement database revealed that Subject Vehicle-2 was registered to Witness-2. On or about November 13, 2026, the FBI interviewed Witness-2 who confirmed that she is the registered owner of Subject

Vehicle-2. Witness-2 further reported that Witness-2 and her boyfriend, **ZACHARY**, purchased Subject Vehicle-2 for $5,000 on Facebook marketplace approximately two months ago. Witness-2 also stated that **ZACHARY** left her residence at approximately 10:00 a.m. on November 13, 2026, driving Subject Vehicle-2.

59. The FBI queried license plate readers ("LPR") for Subject Vehicle-2. The queries revealed that on or about November 13, 2026, at approximately 9:29 a.m., Subject Vehicle-2 was observed traveling in South Holland, Illinois. Later that morning, at approximately 9:48 a.m., an LPR observed Subject Vehicle-2 in Hammond, Indiana. After they were arrested on November 13, 2026, both **JAQUAN** and **MANUEL** provided their residences as being in Hammond, Indiana.

## III. CONCLUSION

60. Based on the foregoing, I respectfully submit that there is probable cause to believe that on or about November 13, 2026, in the Northern District of Illinois, Eastern Division, JAQUAN JONES, ZACHARY JONES, TREMAINE ROBERSON, and BREAUN WALLS obstructed, delayed, and affected interstate commerce, and the movement of articles and commodities in commerce, by robbery, in violation of Title 18, United States Code, Section 1951(a).

FURTHER AFFIANT SAYETH NOT.

Matthew Vaci
MATTHEW VACI
Task Force Officer (TFO), Federal Bureau of Investigation

SWORN TO AND AFFIRMED by telephone November 16, 2026.

____________________________________

Honorable DANIEL P. MCLAUGHLIN
United States Magistrate Judge